IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **PHILLIP LEE ADAMS, JR.,** | ) | |
| | ) | |
| Petitioner, | ) | |
| **vs.** | ) | Case Numbers |
| | ) | **2:03-cv-8028-UWC-RRA** |
| **UNITED STATES OF AMERICA,** | ) | **2:01-cr-520-UWS** |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**

The Court has carefully considered the Report and Recommendation ("R&R") of the Magistrate Judge. Upon such consideration and the lack of objections thereto, the Court hereby APPROVES and ADOPTS the said R&R.

By separate order, the case shall be dismissed.

_____
U.W. Clemon
Chief United States District Judge